**Order entered April 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01469-CR**
**No. 05-17-01470-CR**

## VICTORIA IFEANYI ANWUZIA, Appellant

**V.**

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR16-0886 & CR16-0887**

## ORDER

Appellant timely filed pro se notices of appeal of the trial court's November 29, 2017 judgments. Because the record did not reflect that appellate counsel had been appointed, we abated these cases for a hearing to determine whether appellant was indigent and entitled to court-appointed counsel. The trial court held a hearing and made findings of fact and recommendations. We adopted the trial court's findings that appellant: is not indigent; has not retained counsel and does not wish to be represented by counsel; has been advised of the dangers and disadvantages of self-representation; was adamant in preparing her own defense on appeal; and was informed she would be required to request and pay for the preparation of the clerk's records and the reporter's record in these appeals.

When the court reporter informed us that appellant had not paid or made arrangements to pay for the reporter's record, we directed appellant to provide written verification by February 10, 2018 that she had paid or made arrangements to pay for the reporter's record. We cautioned appellant that the failure to do so might result in the Court ordering the appeals submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond, and the reporter's record was not filed. We then ordered the appeals submitted without a reporter's record and ordered appellant's brief filed by March 22, 2018.

No brief was filed. We notified appellant by postcard dated March 26, 2018, instructing her to file her brief and an extension motion no later than April 5, 2018. To date, no brief has been filed and we have had no communication from appellant.

We **ORDER** appellant to file her brief **by 5:00 p.m. on APRIL 27, 2018.** If appellant fails to file her brief by 5:00 p.m. on April 27, 2018, the Court will order her appeals submitted without a brief. *See* TEX. R. APP. P. 38.8(b)(4); *Lott v. State*, 874 S.W.2d 687, 688 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order (1) by certified mail, return receipt requested, to Victoria Anwuzia, P.O. Box 861535, Plano, Texas 75086, and (2) by electronic transmission to the Rockwall County District Attorney's Office.

/s/    CRAIG STODDART
       JUSTICE